Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )
                          Plaintiff(s),    )   Case No: CR16-00269-WI
                                       )
       v.                                                   )   **APPLICATION FOR**
                                       )   **ADMISSION OF ATTORNEY**
DONALD RYAN AUSTIN,                          )   **PRO HAC VICE**
                                       )   (CIVIL LOCAL RULE 11-3)
                          Defendant(s).   )

     I, Sidney Z. Fleischman, an active member in good standing of the bar of Southern District of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Donald Ryan Austin in the above-entitled action. My local co-counsel in this case is Jason S. Leiderman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 800 E. Broward Boulevard, Suite 402<br>Fort Lauderdale, FL 33301 | 770 County Square Drive, Suite 101<br>Ventura, CA 93003 |
| MY TELEPHONE # OF RECORD:<br>(954) 523-7223 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(805) 654-0200 |
| MY EMAIL ADDRESS OF RECORD:<br>sf@ffjustice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jay@criminal-lawyer.me |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 762962.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/07/16                             Sidney Z. Fleischman
                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of Sidney Z. Fleischman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE