1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | FAX: (510) 637-3724
michelle.kane3@usdoj.gov

8

Attorneys for the United States

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

UNITED STATES OF AMERICA,                 )   NO. CR 16-00269 WHA
14                                                    )
      Plaintiff,                                       )   STIPULATION AND [PROPOSED] ORDER
15                                                    )   VACATING STATUS CONFERENCE AND
   v.                                                 )   SETTING CHANGE OF PLEA HEARING FOR
16                                                    )   FEBRUARY 7, 2016.
DONALD RYAN AUSTIN,                       )
17                                                    )
      Defendant.                                       )
18                                                    )
                                                       )
19

20   Defendant Donald Ryan Austin, by and through his retained counsel, and the United States

21 Attorney's Office for the Northern District of California, by and through Assistant United States

22 Attorney Michelle J. Kane, hereby stipulate and agree to the following:

23   1. Defendant is currently out of custody on pretrial supervision.

24   2. The parties first appeared before the Court on December 13, 2016. At that status

25 conference, the parties informed the Court of the progress of discovery and the fact of discussions

26 regarding a potential resolution. The Court set a further status conference for January 10, 2017, at 2:00

27 p.m. but excluded time under the Speedy Trial Act through February 7, 2017.

28   3. The parties have reached an agreement to resolve this matter.

STIP. & [PROPOSED] ORDER
16-00269 WHA

4. The parties therefore request that the status conference set for January 10, 2016, at 2:00 p.m. be vacated and that the matter be set for change of plea before this Court on February 7, 2017, at 2:00 p.m. The parties are reducing the agreement to writing and will submit a written plea agreement for the Court's review not less than one day before the change of plea hearing.

IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated:                           /s/
MICHELLE J. KANE
Assistant United States Attorney

Dated:                           /s/
SIDNEY FLEISCHMAN
Attorney for Defendant Donald Ryan Austin

### ORDER

Based on the stipulation of the parties, the Court HEREBY ORDERS that the status conference in the matter of *United States v. Donald Ryan Austin* currently set for January 10, 2017, at 2:00 p.m. shall be vacated and that the matter shall be set for change of plea before this Court on February 7, 2017, at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 5, 2017.

HON. WILLIAM ALSUP
United States District Judge

STIP. & [PROPOSED] ORDER
16-00269 WHA

2