BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00269 WHA |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING TO FEBRUARY 14, 2017. |
| v. | ) |
| DONALD RYAN AUSTIN, | ) |
| Defendant. | ) |

    Defendant Donald Ryan Austin, by and through his retained counsel, and the United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Michelle J. Kane, hereby stipulate and agree to the following:

    1.    Defendant is currently out of custody on pretrial supervision.

    2.    The parties request that the change of plea hearing scheduled for February 7, 2017 be continued to February 14, 2017. The reason for the continuance is the AUSA Kane has an unexpected work-related trip that requires her to be out of the district. The parties will submit a written plea agreement prior to the change of plea hearing.

//

STIP. & [PROPOSED] ORDER
16-00269 WHA

1    IT IS SO STIPULATED.

2

3                                                       BRIAN J. STRETCH  
                                                      United States Attorney

4

5    Dated: February 1, 2017                          /s/  
                                                      MICHELLE J. KANE  
6                                                       Assistant United States Attorney

7

8    Dated: February 1, 2017                          /s/  
                                                      SIDNEY FLEISCHMAN  
9                                                       Attorney for Defendant Donald Ryan Austin

10

11                                                    **ORDER**

12       Based on the stipulation of the parties, the Court HEREBY ORDERS that the change of plea

13 hearing in the matter of *United States v. Donald Ryan Austin* currently set for February 7, 2017, at 2:00

14 p.m. shall be vacated and that the matter shall be set for change of plea before this Court on February 14,

15 2017, at 2:00 p.m.

16       IT IS SO ORDERED.

17 DATED: February 2, 2017.                                   
18                                                       HON. WILLIAM ALSUP  
                                                      United States District Judge

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER  
16-00269 WHA