Sidney Z. Fleischman (Fla. Bar No. 762962)
(Appearance *Pro Hoc Vice*)
Fleischman & Fleischman, P.A.
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL 33301
sf@ffjustice.com
Phone: (954)523-7223
Fax:    (954)523-4840

Attorney for Donald Ryan Austin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00269 WHA |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO TRAVEL** |
| v. | |
| DONALD RYAN AUSTIN, | |
| Defendant. | |

Defendant Donald Ryan Austin, by and through his counsel, Sidney Z. Fleischman, files this motion to allow him to travel from the Southern District of Florida, and in support hereof states as follows:

1. The defendant is seeking permission to travel to the Northern and Middle District of Florida from April 18, 2018, through April 21, 2018. He will be traveling with his wife, Stephanie Cortes Austin. The defendant will be traveling to Shands Hospital in Gainesville, Florida. His sister is suffering from cancer. She is presently hospitalized and unresponsive. The defendant will be meeting with family at the hospital. The defendant will be staying at a local hotel while in Gainesville.

2. Counsel for defendant has spoken with the defendant's pretrial officer in the Southern District of Florida, John Steinhilber, about this travel and motion. Mr. Steinhilber advised he has no objection to the travel and motion. He further advised that the defendant has been in compliance with his pretrial conditions.

3. Counsel for the defendant has communicated with AUSA Michelle Kane regarding this requested travel and motion. Ms. Kane advised she is unopposed to the Court granting this motion.

Wherefore, it is respectfully requested that this Honorable Court grant this unopposed motion to travel.

DATED: April 17, 2018

*/s/ Sidney Z. Fleischman*
Sidney Z. Fleischman
Fleischman & Fleischman, P.A.
Attorneys for Donald Ryan Austin

### ORDER

IT IS HEREBY ORDERED, that the defendant's motion to travel is granted. The defendant shall be allowed to travel from the Southern District of Florida to the Middle and Northern District of Florida to visit his sister who is currently hospitalized at Shands Hospital in Gainesville, Florida, from April 18, 2018, through April 21, 2018. The defendant shall provide his itinerary to his pretrial officer prior to leaving on April 18, 2018.

DATED: April 17, 2018.

HONORABLE WILLIAM ALSUP
United States District Court Judge