Sidney Z. Fleischman (Fla. Bar No. 762962)
(Appearance *Pro Hoc Vice*)
Fleischman & Fleischman, P.A.
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL 33301
sf@ffjustice.com
Phone: (954)523-7223
Fax:     (954)523-4840

Attorney for Donald Ryan Austin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD RYAN AUSTIN,<br><br>    Defendant. | CASE NO. CR 16-00269 WHA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TRAVEL DATES** |

Defendant Donald Ryan Austin, by and through his counsel, Sidney Z. Fleischman, files this unopposed motion to allow him to extend his travel dates from the Southern District of Florida, and in support hereof states as follows:

1. The defendant was granted permission to travel to the Northern and Middle District of Florida from April 18, 2018, through April 21, 2018, for the purpose of visiting his terminally ill hospitalized sister. His sister passed away on April 19, 2018. The funeral service is set for Monday, April 23, 2018. The defendant is seeking permission to remain with his family in Gainesville through April 25, 2018.

2. Counsel for defendant has spoken with the defendant's pretrial officer in the Southern District of Florida, John Steinhilber, about this travel and motion. Mr. Steinhilber advised he has no objection to the travel and motion. He further advised that the defendant has been in compliance with his pretrial conditions.

3. Counsel for the defendant has communicated with AUSA Michelle Kane regarding this requested travel and motion. Ms. Kane advised she is unopposed to the Court granting this motion.

Wherefore, it is respectfully requested that this Honorable Court grant this unopposed motion to travel.

DATED: April 20, 2018

/s/ Sidney Z. Fleischman
Sidney Z. Fleischman
Fleischman & Fleischman, P.A.
Attorneys for Donald Ryan Austin

### ORDER

IT IS HEREBY ORDERED, that the defendant's motion to travel is granted. The defendant shall be allowed to extend his travel dates from the Southern District of Florida to the Middle and Northern District of Florida, to attend the funeral of his sister, from April 18, 2018, now through April 25, 2018.

DATED: April 23, 2018

HONORABLE WILLIAM ALSUP
United States District Court Judge