Sidney Z. Fleischman (Fla. Bar No. 762962)
(Appearance *Pro Hoc Vice*)
Fleischman & Fleischman, P.A.
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL 33301
sf@ffjustice.com
Phone: (954)523-7223
Fax:   (954-523-4840

Attorney for Donald Ryan Austin

JASON S. LEIDERMAN, SBN 203336
LAW OFFICES OF JAY LEIDERMAN
770 County Square Drive, Suite 101
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Donald Ryan Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD RYAN AUSTIN,<br><br>          Defendant. | NO. CR 16-00269 WHA<br><br>**NOTICE OF FILING – CHARACTER LETTERS IN SUPPORT OF SENTENCING** |

Defendant Donald Ryan Austin, by and through his undersigned attorneys, files the following letters of support for the court's consideration.

Respectfully submitted,

*/s/ Sidney Z. Fleischman*
Sidney Z. Fleischman
Attorney for Defendant Donald Ryan Austin

Dated: December 7, 2018

 Gmail  Sidney Fleischman <szflaw@gmail.com>

**moms letter**

To: Sidney Fleischman <sf@ffjustice.com>  Fri, Dec 7, 2018 at 5:38 AM



Dear members of the jury, or to whom it may concern,
I would like to take this opportunity to tell you a little about my son, Donald Ryan Austin, He is the youngest of 3 children, born to a mother ( myself) who abandoned her first born son at 3 yrs. And baby girl when she was only 6 months old, because I decided I couldn't live with their father any more... long story made short. I gave my son and daughter to my parents, and went on to live my life.

2 yrs. Later I come home with a new man and want my family back, It almost happened but 2 days before custody hearing my new love was arrested and sentenced to 10 months for manufacturing marijuana...custody was denied, so before his sentence began we started our own family... while his father was serving the (first of many more to come) time he was given I gave birth to my 3rd child we named him Donald Ryan, my 2 oldest didn't live with us ,but did come and stay extended periods of time with us...

trouble began with what my husband Ryan's father called strict discipline, I called it bullying and intimidation.. But only to my oldest son, as Ryan got older the abuse got worse not to him, I mean there was two adults abusing alcohol, drugs and each other... when Ryan was 5yrs. 11 months old myself and Mr. Austin were both arrested and the state removed my 3rd baby from my custody. Ryan would be 12yrs old when I went to court and was given custody of him. We live in a small town in north Fla. We had very little money due to the fact that yes I am still abusing drugs and alcohol. Not an excuse just telling the facts.. not proud of the things I've done or the decisions I have made in my life . But I have to acknowledge everything I have done good and bad...my children were and are the very best thing I have ever done!

Now my oldest son Ryan's brother because of my choices has had abandonment issues as well as Sever Anger issues,, he has always been in trouble for one thing or another was kicked out of 3 schools before 9th grade.. 2 were public schools and 1 private.. He has been arrested for Domestic abuse, taking game (deer) at night, out of season and without a license. His hunting licence were revoked for life before he was 21, he is 35 yrs old now, and his latest charge was for Pulling and discharging a firearm at my life partner of 18yrs.

Grazio's mom's letter she typed on facebook and sent it to me so its not very pretty.

I know you have to be asking why am I telling you about my oldest son when it is my youngest that is before you and this is why Ryan came from bad parents who had nothing and instead of becoming one more statistic, that is unproductive, living on welfare and blaming everyone else for his life,.using his poor upbringing as an excuse to be a drug addict and alcoholic like his parents before him. He used it for a step up to be a better person, When he was in high school and was given the opportunity to take a computer course he grabbed it and flew.... within 6 months he was the person the teachers called to come and fix there computers when they went down.. by age 16 he already had computer companies talking to him about employment and yes he was writing codes and making his own money good money before he was 16..

And yes of course he moved out dropped out of high school as he was already making more money in 1yr that most that he went to school with would take them a lifetime.. Did it go to his head? Yes, it did, as his paycheck got bigger so did his ego, there was nothing he couldn't do..

I don't know, maybe some of you remember being young and taking dares, and if a friend or classmate bet you couldn't or wouldn't do something. That's what happened to my son that is before you today he was young and full of himself, and when his friend gave him a dare and told him he couldn't do this thing, he chose wrong, yes he made what he now knows was the worst decision of his young life.

He knows what he done was wrong and is doing every thing to make amends and put everyone he caused harm to back to where they were before.. Ryan, lost his father in 2015, his grandfather in 2016 his grand mother and 31 yr. Old sister this year, He has been taking care of me paying my rent, light bills as since 2015 I had to quit working and become caregiver first to my life partner as he battled colon cancer, then my Daughter as she battled lymphoma.

Ryan has been a blessing to his family he helped to make sure I had the money and a dependable way to get back and forth to Drs. And Hospitals He made sure his sister didn't suffer for things she needed but could not afford as she battled and lost her 3rd and final fight with cancer leaving behind 2 young sons and one beautiful baby girl Ryan has helped to make sure his niece and nephews have what they need.

I know because of the type of crime my son committed that people would like to make an example out of him, I humbly ask you today to let him be the different type of example.

To show that just because you come from nothing doesn't mean you have to be nothing, and when you make a bad

decisions can ruin yours and others lives, and even if your
not given the opportunity, you make every effort to
Make right those you have wronged.... please let him
remain out of incarceration where he can make these
people whole and right his wrong, Thank you,, sincerely
Susie Roberson

January 8th, 2017

To Whom it may concern:

My name is Frank Witt, and I am the founder and owner of CloudPatch LLC, a Michigan-based limited liability company, which is a information security research and development organization that specializes in offensive-based computing and providing custom solutions to a variety of customers ranging from both public and private sectors.  I am writing today on behalf of Donald Ryan Austin (simply Ryan to those that know him) – someone that I have had both personal and professional relationships with spanning over the last decade.

When I first met Ryan, I was working for an information security company in Florida called Immunity Inc.  At the time Immunity was a smaller company, and as with many smaller entities employees carried a plethora of diverse roles to cover personnel gaps until such a time that formal positions could be justified and formed for full-time employees.  One of the functions of my position included hiring and recruitment.  Due to the highly specialized nature of the business and the relatively shallow global talent pool, I spent time scouring Internet forums in an attempt to identify and recruit talented individuals from areas other than the normal job recruitment areas.

Ryan was a participant in a forum that specialized in web-application security, and demonstrated a deep knowledge of the subject and engaged him in conversation.  I was surprised at his youth (at the time, being 16-17 years old) in relation to his skill and knowledge of area of interest as it greatly surpassed the majority of the qualified professionals in the field at the time.  After some months of time and many conversations, I started passing him a small amount of work as an independent contractor which eventually lead to him being hired as a full-time employee of Immunity Inc., and being relocated to work with us in Miami Beach, Florida.

I had the opportunity to work closely with Ryan for several years, during which he also became a close friend.  I can personally attest to the facts that he has an uniquely brilliant and analytic mind, and that on a personal level that he is an exceptionally honest, empathetic and trustworthy friend.  Having known him from his teen years and been able to observe his growth as a person to a business owner, a husband – an actual adult, I can say that he is someone that I am proud to know and to call a close and trusted friend.

Ryan is someone that my company would not hesitate to hire at the first opportunity he showed an interest in returning to the field of computer security research, and is someone that we have offered and continue to extend an open offer of employment to him at any time and any circumstance.  He is someone that my wife, my four year old daughter, and self consider to be part of our family – someone we all stand by and support at all times.

Signed,

_____
Frank Witt
217 Antisdel Place Northeast
Grand Rapids, Michigan 49503
616.617.9953

 Sidney Fleischman <szflaw@gmail.com>

# For Sid Fleishman on behalf of Ryan Austin

**Kevin Noble** <terraplex@gmail.com>   Mon, Jan 9, 2017 at 5:22 PM
To: sf@ffjustice.com

US legal parties involved in the case against Donald Ryan Austin,

I am writing to you on behalf of Donald Ryan Austin whom I know as Ryan, was my direct report for over a year while we worked at Terremark Worldwide Inc.  At that time I was the Director in the Security Information Services for the Engagement staff that included Ryan and other highly skilled penetration testing team members. Ryan started with Terremark around November 2009 and for over a year, Ryan proved to be a reliable programmer and developer of offensive security services and helped the organization to provide a unique set of services. Ryan was exceptional and clever in his work, recognized by our clients at the time in detecting vulnerabilities and providing mitigation techniques that would otherwise persist as threats. Ryan Austin is tenacious and dedicated in his work and I believe that if given the chance, Ryan would adhere to the ethical deliver services and work hard to restore his reputation.

Very Respectfully,

Kevin Noble

CISSP

terraplex@gmail.com

C: 954-303-0251

January 6, 2017

To Whom It May Concern:

I write this letter in support of Donald Ryan Austin's bid for leniency from the court. I have known Ryan since 2010 when he came to work for me at Teremark Worldwide, Inc. (now a part of Verizon) as a computer system penetration tester. For context, I was the Chief Security Architect and SVP at Terremark and was responsible for all global computer security services for the company and our customers, covering both the public and private sectors. I was known to be highly demanding of my staff with regards to skill set and performance. I aspired to only hire the best.

While extremely young at the time, in fact his nickname within the team was 'The Kid", Ryan demonstrated an extremely high level of technical proficiency and skill and I felt he was worth the risk of hiring someone so young and inexperienced. He worked well with the rest of the team as well as our customer base. He always demonstrated a professionalism and mastery of his craft that I expected from every member of my team. Ryan developed an array of innovative tools and techniques that our group put to use to better secure and defend our customers' networks and business critical systems.

While I am saddened to learn that Ryan crossed the line and used his skills to compromise computer systems without permission from the owners, I am not terribly surprised. Many in the computer security industry have dealt with the temptation to use their capabilities and tools to perhaps bend the rules or "see if it can be done". Unfortunately, some give in to that temptation and cross that line into unethical or even criminal behavior. I am not trying to excuse or condone Ryan's behavior but, from what I know of Ryan from our years of working together, I strongly suspect Ryan suffered a lapse in judgment and gave into that temptation with no real intention of malicious harm or personal profit.

In this era of increasing cyber security threats, there is great need of skilled operators and it is my hope that Ryan has learned the error of his choices and, with the court's mercy, return to being a valued and productive member of the cyber security community at some point in the near future.

I may be reached at 954-554-3507 should you wish to discuss this matter in any further detail.

With Kind Regards,

Christopher Day

**Bruce Dang**
10635 NE 173rd Pl
Bothell, WA 98011
(253) 906-6218
bruce.dang@gmail.com

January 10, 2017

**Sidney Fleischman**
Fleischman & Fleischman, P.A.
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL 33301

Dear Mr. Fleischman,

My name is Bruce Dang and I am a friend of Ryan Austin. I am currently the co-founder of Veramine, a company specializing in developing software to protect computer systems. Previous to that, I was an engineer and manager at Microsoft.

It saddens me to hear that Ryan's talent as a computer programmer is getting him into trouble with the FBI. While I am not familiar with the case details and allegations, I am writing this letter to share personal stories that will hopefully shed light on his character and disposition.

Ryan and I have known each other for about 8 years. I first met him at a professional conference through mutual friends. It was clear to me from our first meeting that he is an extremely talented computer security engineer; he was certainly way ahead for someone of his age. At the same time, I learned that he does not have much of a formal education. I encouraged him to get a more reliable job and try to finish school. As with many engineering jobs, the information security industry typically employs people with formal training and professional experience; however, from time to time, there are exceptional individuals who do not have either but have raw talents to offset the formal requirements. Ryan is one of these individuals. I recommended him to a friend of mine and was hired on as a full-time employee. Ryan was very happy with the job and his lifestyle improved.

A short time after the job, I visited him in Florida and was hosted at his apartment. It was only then that I learned of his troubled upbringing: his parents divorced very early in his life and he grew up without much

guidance. I was disappointed and amazed at the same time. It was disappointing because a child should not have to grow up without parental guidance. It was amazing because Ryan persevered to become an independent and responsible person making positive contributions to society. These individuals are rare and we should respect them. I have immense respect for Ryan's independence, hardworking, and self-taught dispositions.

During my visit, I also observed that Ryan was a very generous, helpful, and caring person. Since he was able to work full-time, he would sometimes pay for people's dinner. While hosting me, I think he was even helping someone move.

As long as I have known Ryan, I have never seen him as a malicious or greedy person. In fact, I would instead characterize him as caring child savant. Indeed there may be some small mischiefs, but I do not think those should be counted too heavily against him given his childhood. He should be encouraged and given opportunities for a better life.

Sincerely,

**Bruce Dang**



Miami Beach
01/10/2017

To Whom It May Concern,

My name is Lambert "Bas" Alberts, and I am the Vice President of Special Projects at Immunity, Inc. (www.immunityinc.com). Immunity, Inc. is a widely recognized Information Security company that provides cyber security tooling and services to the US Federal Government as well as a wide array of Fortune 500 customers.

I am writing this letter as a reference of character for Ryan Austin. Ryan was employed in support of my team at Immunity from 2008 to 2009. During this time I got to know Ryan on both a personal and a professional level. As such Ryan established himself as an extremely talented Information Security professional who's efforts have helped secure our nation's commercial and government infrastructure. His time at Immunity opened up many doors for him in the wider Information Security industry, and when Ryan finally walked through one of those doors, our team was very sad to see him leave.

We remained in contact over the years, and in his time post-Immunity, I have seen Ryan grow into a mature and responsible young man with near unlimited potential in his chosen field.

If you have any further questions or requests for information regarding this letter, please do not hesitate to contact me.

Sincerely,
Lambert "Bas" Alberts
VP of Special Projects
Immunity, Inc.

t: (+1) 786-220-0600
e: bas.alberts@immunityinc.com

Immunity Inc.
1130 Washington Avenue 8th Floor Miami Beach, Florida 33139
Phone: (786) 220-0600 Fax: (786) 513-8100
E-Mail: admin@immunityinc.com  Website: www.immunityinc.com