Sidney Z. Fleischman (Fla. Bar No. 762962)
(Appearance *Pro Hoc Vice*)
Fleischman & Fleischman, P.A.
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL 33301
sf@ffjustice.com
Phone: (954)523-7223
Fax:   (954-523-4840

Attorney for Donald Ryan Austin

JASON S. LEIDERMAN, SBN 203336
LAW OFFICES OF JAY LEIDERMAN
770 County Square Drive, Suite 101
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Donald Ryan Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>DONALD RYAN AUSTIN,  )<br>  )<br>   Defendant.  )<br>_____) | NO. CR 16-00269 WHA<br><br>**NOTICE OF FILING – CHARACTER LETTERS IN SUPPORT OF SENTENCING** |

   Defendant Donald Ryan Austin, by and through his undersigned attorneys, files the following letters of support for the court's consideration.

                                                                    Respectfully submitted,

                                                                    */s/ Sidney Z. Fleischman*
                                                                    Sidney Z. Fleischman
                                                                    Attorney for Defendant Donald Ryan Austin

Dated: December 7, 2018

Nidia L. Cannon de Cortes
791 NE 87 Street, MiAMI.  FL 33138
786 287 9268 /  nidiacortes.homes@gmail.com

T O   W H O M   I T   M A Y   C O N C E R N

I would like to express my feelings about Donald R. Austin, my son in law.

I would like to start by letting you know about me. A Latin woman who came to USA in 1988 as a legal immigrant and became a USA citizen in 1993.  My two children Stephanie and Christine were born in Miami Beach, Florida and after separating my husband I had to raise my kids alone.  I was raised by a family with very firm and strong believes and principles and that is the way I tried to raise my children too but I also encouraged them to get a high level education and be good people to themselves and to others. I am a real estate agent in Florida for over 12 years and with that job I have been able to support myself and my children.

My daughter Stephanie met Donald when she was 18 years old.  At first, I was not very happy with their relationship because I was very critical Knowing that he came from a very broken family.  I learned from my daughter that Donald parents where not a great example and neglected him as a child in many ways and that children and families took him away from his family at a very young age.  He came all alone to Miami at age 16 and he was working and financially supported himself. He did not have any guidance from his parents or any role models from any adults but he managed to survive and became a better human being.
He visited our home very often after he met my daughter Stephanie and little by little I started appreciating that young boy that needed a family so much.  I started appreciating his love for my daughter. He was not perfect but he was good with Stephanie about the way he treated her or any of us.  We also share our love for animals so much. He is kind and gentle with animals. We rescued several dogs and cats that has suffers abandonment and abuse and Donald has cooperating so much with us in this project and it shows me that he is a caring and kind person.
He is being part of our family already for about 10 years in good time and also in difficult times. I have seen Donald growing and maturing in beautiful way.  I know he made mistakes in the past that might have made people and however Donald is not a criminal nor he represent any threat or harm to anyone. I can also affirm that Donald has learned from his mistakes.

Donald married my daughter Stephanie and I approved that marriage and blessed it because I know Donald is a good hearted person and he means well.  Donald and Stephanie formed a family and they would like to build a future together and hope to have children and keep making this world better not only for our rescued animals but also for other human beings in need of help.  He deserves the opportunity to live a decent life, a better life than the one his parents denied him. His parents were not great

parents at all however Donald forgave them and made peace with them. Donald supported his dad through a long illness that caused him to die and Donald still has contact with his mother and he also supports his mother with money and he is a loving son even though she neglected him as a child.

We love Donald and without him our family will suffer and it will be broken apart.  I consider Donald my son. Donald deserves to keep his family together. He has a real family now, the one he never had when he was a little boy.  He is working so hard with my daughter to run a business together. They are young good people that deserve the opportunity to show the good things they can do for society.
I want to plea for the opportunity to keep my family together and I can assure you that if you allow Donald to stay with us in our house that he will pay his debt to society by helping others in need.  He can contribute to a better world and I promise you that he will do it right.  Please allow Donald to stay with us. Donald is a pillar to our home.

Thank you.

Sincerely,

Nidia L. Cannon de Cortes
Mother in law