Sidney Z. Fleischman (Fla. Bar No. 762962)

(Appearance *Pro Hoc Vice)*

Fleischman & Fleischman, P.A.

800 E. Broward Blvd., Suite 402

Ft. Lauderdale, FL 33301

sf@ffjustice.com

Phone: 954-523-7223

Fax:    954-523-4840

Attorney for Donald Ryan Austin


JASON S. LEIDERMAN, SBN 203336

LAW OFFICES OF JAY LEIDERMAN

770 County Square Drive, Suite 101

Ventura, California 93003

Tel: 805-654-0200

 Fax: 805-654-0280

Attorney for Donald Ryan Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | NO. CR 16-00269 WHA |
| Plaintiff, | ) | |
| v. | ) | |
| DONALD RYAN AUSTIN, | ) ) | **NOTICE OF FILING – CHARACTER** |
| Defendant. | ) ) | **LETTER IN SUPPORT OF SENTENCING** |
| _____ | ) ) ) ) | |

Defendant Donald Ryan Austin, by and through his undersigned attorneys, files the following letters of support for the court's consideration.

Respectfully submitted,

*/s/ Sidney Z. Fleischman*

Sidney Z. Fleischman

Attorney for Defendant Donald Ryan Austin

Dated: December 10, 2018

To whom it may concern:

I have known Ryan Austin casually from meeting him at computer security conferences over the years. I never worked directly with him, nor did I spend significant amounts of time with him; we did have interesting conversations about technical matters and spent a few hours chatting about them while he was living in Miami (and, if I remember correctly, employed by Terremark).

I found Ryan to be a smart young man with what I had hoped would be a bright future; I was surprised and disappointed to learn that he was involved in the [kernel.org](kernel.org) hack. I do not condone his actions and I know from my own experience in forensics that conduct like this can have large and often unforeseen consequences to the victim; however, I do not have any reason to believe Ryan intended to cause extensive damage or that he engaged in this activity to steal information or for financial gain. I rather think this activity was a misguided attempt to show off both skill and daring, as young men of a certain age are prone to doing.

Judging intent ex-post is always difficult - if a young man commits to the stupid idea of breaking into Fort Knox to leave a note in the vault (without stealing anything), his actions in preparation for this cannot be easily distinguished from those intending to steal; in the same manner, Ryan's intentions when compromising kernel.org cannot be ascertained with mathematical certainty. So for me personally, trying to understand Ryans intent boils down to personal judgement.

Kernel.org has an almost mythical status in the computer security industry, and hacking involves an addictive power-rush even if the power is never intended to be exercised. I believe that Ryan, being above-average in his intellectual gifts, wanted to demonstrate to himself that he could hack this "mythical" machine that so much depends on - but not actually use his access for any further harm. This does not absolve him from having committed crimes, and for having caused a lot of trouble for others.

I understand Ryan has accepted responsibility for his actions and recognizes the seriousness of his conduct; although Ryan displayed extremely poor judgment and should be punished for his conduct, I would (given the circumstances) hate to see someone as sharp and skilled as Ryan spend his time in prison rather than serve society through his work and talents.

Given that Ryan has already experienced significant consequences due to his actions, I do not think time spent in prison is needed to accomplish the purpose of adequately punishing Ryan for his behavior or to deter others from similar conduct.


About me:
My name is Thomas Dullien. I am a renowned cybersecurity researcher (winner of Germany's biggest privately financed research prize in 2006, winner of a "Lifetime Achievement Pwnie" - a hacker award - in 2015) and entrepreneur (started a security company in 2004 which developed technology for attack attribution, acquired by Google in 2011). I have 20 years of experience

working in cyber security, and have contributed groundbreaking research on security patch analysis, malware analysis, attacker attribution, and the limits of security when the computer malfunctions (Rowhammer).