10/03/2019 05:14 PM PDT

**U.S. Courts**
**Case Inquiry Report**
Case Number: DCAN316CR000269; Party Number: 001;
Show Party Details: N; Show Payee Details: N; Show T

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: Austin, Donald Ryan
Amount $ 400.00   Date: 09/24/2019

**Case Number** DCAN316CR000269   **Case Title** US V AUSTIN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CANA037559 | DONALD RYAN AUSTIN | CANAPACCT15084 | CRIMINAL BONDS TREAS REGISTRY | | 70,000.00 | 70,000.00 | 0.00 |
| 001 | CANA037559 | DONALD RYAN AUSTIN | CANAPACCT15084 | SPECIAL PENALTY ASSESSMENT | | 400.00 | 400.00 | 0.00 |
| 001 | CANA037559 | DONALD RYAN AUSTIN | CANAPACCT15084 | VICTIM RESTITUTION | | 74,265.55 | 73,890.55 | 375.00 |
| 001 | CANA037559 | DONALD RYAN AUSTIN | CANAPACCT15084 | FINE-CRIME VICTIMS FUND | | 5,000.00 | 0.00 | 5,000.00 |
| | | | | | | 149,665.55 | 144,290.55 | 5,375.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| 19PP001050 | THE LINUX FOUNDATION | 74,265.55 | 0.00 | 74,265.55 |
| CANA037559 | DONALD RYAN AUSTIN | 70,000.00 | 0.00 | 70,000.00 |
| | | 144,265.55 | 0.00 | 144,265.55 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| 254075409 | Treasury Dept Fed Credit Union | CRIS | 900000 | 70,000.00 |
| 254075409 | Treasury Dept Fed Credit Union | Treasury | 604700 | 0.00 |

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line# | Accomplished Date / Debt Type | Line Type | Amount / Payee Line# | Party/Payee Name / Depository Line# | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| CCR CANCCA19-CT-34611136081 DCAN316CR000269-001 | 21-AUG-18 1 | 21-AUG-18 CRIMINAL BONDS TREAS REGISTRY | DP | 70,000.00 1 | DONALD RYAN AUSTIN | O | 06 | 604700 |
| CSQ CANCCA19-SQ-18461100229 DCAN316CR000269-001 | 23-AUG-18 1 | 23-AUG-18 CRIMINAL BONDS TREAS REGISTRY | DP | ( 70,000.00) 1 | | O | TO | 604700 |
| CSQ CANCCA19-SQ-18461100229 DCAN316CR000269-001 | 23-AUG-18 1 | 23-AUG-18 CRIMINAL BONDS TREAS REGISTRY | DP | 70,000.00 2 | | O | 86 | 900000 |
| CTC B061019DCAN316CR000269001 DCAN316CR000269-001 | 10-JUN-19 2 | 01-JUL-19 SPECIAL PENALTY ASSESSMENT | PR | 25.00 | DONALD RYAN AUSTIN | O | IP3 | 504100 |
| CTC CANCCA19-34611144856 DCAN316CR000269-001 | 24-SEP-19 2 | 24-SEP-19 SPECIAL PENALTY ASSESSMENT | PR | 375.00 | DONALD RYAN AUSTIN | O | 04 | 504100 |
| CTC CANCCA19-34611144856 DCAN316CR000269-001 | 24-SEP-19 3 | 24-SEP-19 VICTIM RESTITUTION | PR | 73,890.55 | DONALD RYAN AUSTIN | O | 06 | 6855XX |